FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 18, 2021, 1:14 pm
Michelle Rynne, Clerk of Court

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MARK A. INCIONG   CA BAR #163443
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. **21-00020 JMS** |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| vs. | ) | [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii)] |
| PASTOR ABERO, | ) | |
| Defendant. | ) | |

INFORMATION

The U.S. Attorney charges:

Possession with Intent to Distribute Controlled Substances
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii))

On or about September 4, 2019, within the District of Hawaii, PASTOR ABERO, the defendant, did knowingly and intentionally possess, with intent to distribute, 50 grams or more of mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

Forfeiture Notice

1. The allegation set forth in this Information is hereby re-alleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 21, United States Code, Section 853.

2. The United States hereby gives notice that, pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), PASTOR ABERO, the defendant, shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any and all property used, or intended to be used, in any manner or part, to commit, or

to facilitate the commission of, the offense, including but not limited to the following:

    a)    $1,281 in United States currency seized by officers of the Honolulu Police Department (HPD) from the person of PASTOR ABERO, the defendant, on September 4, 2019 in Waimanalo, Hawaii;

    b)    One (1) electric stun gun seized by seized by officers of the Honolulu Police Department (HPD) from the person of PASTOR ABERO, the defendant, on September 4, 2019 in Waimanalo, Hawaii.

    3.    If any of the property described in paragraph 2 above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

//

//

//

//

the United States of America shall be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p).

DATED: February 11, 2021, at Honolulu, Hawaii.

_____
MICAH SMITH
Deputy Chief
Criminal Division

_____
MARK A. INCIONG
Assistant U.S. Attorney

United States v. Pastor Abero
Information
Cr. No. **21-00020 JMS**

4